No. 84–773. BENDER ET AL. *v.* WILLIAMSPORT AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. [Certiorari granted, 469 U. S. 1206.] Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 84–1362. PUBLIC SERVICE COMMISSION OF MARYLAND *v.* CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF MARYLAND. C. A. 4th Cir. [Certiorari granted, 472 U. S. 1026.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 84–1484. WISCONSIN DEPARTMENT OF INDUSTRY, LABOR AND HUMAN RELATIONS ET AL. *v.* GOULD INC. C. A. 7th Cir. [Probable jurisdiction noted, 471 U. S. 1115.] Motion of Chamber of Commerce of the United States of America for leave to file a brief as *amicus curiae* granted.

No. 84–1531. MICHIGAN *v.* JACKSON; and

No. 84–1539. MICHIGAN *v.* BLADEL. Sup. Ct. Mich. [Certiorari granted, 471 U. S. 1124.] Motion of petitioner to reconsider order denying motion for divided argument [*ante,* p. 810] denied.

No. 84–1948. BLOCK, SECRETARY OF AGRICULTURE, ET AL. *v.* PAYNE ET AL. C. A. 11th Cir. [Certiorari granted, *ante,* p. 815.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 84–6263. BATSON *v.* KENTUCKY. Sup. Ct. Ky. [Certiorari granted, 471 U. S. 1052.] Motion of Elizabeth Holtzman, District Attorney for Kings County, New York, for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.

No. 84–6859. SKIPPER *v.* SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, *ante,* p. 900.] Motion for appointment of counsel granted, and it is ordered that David I. Bruck, Esquire, of Columbia, S. C., be appointed to serve as counsel for petitioner in this case.

No. 85–129. WIMBERLY *v.* LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI ET AL. Sup. Ct. Mo.; and